# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 17-12191

RYAN N. SCEVIOUR,

    Plaintiff,

v.

COLONEL RICHARD M. MCKEON,
MAJOR SUSAN ANDERSON,
AND A NUMBER OF JOHN DOES
AND/OR JANE DOES,

    Defendants.

## NOTICE OF TAKING DEPOSITION

**TO:**   Via Email
Joseph A. Padolsky, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street, 4th Floor
Boston, MA 02110
617 439 0305

**PLEASE TAKE NOTICE** that at **10:00 a.m. on Wednesday, February 7, 2018,** at the offices of Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, Boston, Massachusetts 02116, the Plaintiff in this action, by his attorney, will take the deposition upon oral examination of Lieutenant Colonel Daniel Risteen pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

The deponent herein must produce proper identification at the time of his deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

You are invited to attend and cross-examine.

Respectfully Submitted,

Plaintiff,
By his attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

Dated: January 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on

/s/ Leonard H. Kesten

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 17-12191

RYAN N. SCEVIOUR,

    Plaintiff,

v.

COLONEL RICHARD M. MCKEON,
MAJOR SUSAN ANDERSON,
AND A NUMBER OF JOHN DOES
AND/OR JANE DOES,

    Defendants.

## NOTICE OF TAKING DEPOSITION

**TO:**   **Via Email Only**
Michael Halpin
Office of the Chief Legal Counsel
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

    **PLEASE TAKE NOTICE** that at **10:00 a.m. on Monday, February 5, 2018,** at the offices of Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, Boston, Massachusetts 02116, the Plaintiff in this action, by his attorney, will take the deposition upon oral examination of Lieutenant James Fogarty pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

    The deponent herein must produce proper identification at the time of his deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

    You are invited to attend and cross-examine.

Respectfully Submitted,

Plaintiff,
By his attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

Dated: January 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on January 9, 2018

/s/ Leonard H. Kesten

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 17-12191

RYAN N. SCEVIOUR,

    Plaintiff,

v.

COLONEL RICHARD M. MCKEON,
MAJOR SUSAN ANDERSON,
AND A NUMBER OF JOHN DOES
AND/OR JANE DOES,

    Defendants.

## NOTICE OF TAKING DEPOSITION

**TO:** **All Counsel**

    **PLEASE TAKE NOTICE** that at **12 p.m. on Monday, February 5, 2018,** at the offices of Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, Boston, Massachusetts 02116, the Plaintiff in this action, by his attorney, will take the deposition upon oral examination of **Attorney Kara Colby** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

    The deponent herein must produce proper identification at the time of his deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

    You are invited to attend and cross-examine.

                           Respectfully Submitted,

Plaintiff,
By his attorneys,


*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

Dated: January 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on

*/s/ Leonard H. Kesten*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 17-12191

RYAN N. SCEVIOUR,

    Plaintiff,

v.

COLONEL RICHARD M. MCKEON,
MAJOR SUSAN ANDERSON,
AND A NUMBER OF JOHN DOES
AND/OR JANE DOES,

    Defendants.

## NOTICE OF TAKING DEPOSITION

TO:    Via Email
        Daniel P. Sullivan, General Counsel
        Executive Office of Trial Counsel
        Two Center Plaza, Boston, MA 02108

    **PLEASE TAKE NOTICE** that at **2 p.m. on Monday, February 5, 2018,** at the offices of Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, Boston, Massachusetts 02116, the Plaintiff in this action, by his attorney, will take the deposition upon oral examination of **Brendan Keenan, First Assistant Clerk, Worcester District Court,** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

    The deponent herein must produce proper identification at the time of his deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

    You are invited to attend and cross-examine.

                                     Respectfully Submitted,

Plaintiff,
By his attorney,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

Dated: January 8, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on January 8, 2018

*/s/ Leonard H. Kesten*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 17-12191

| |
|---|
| RYAN N. SCEVIOUR,<br><br>      Plaintiff,<br>v.<br><br>COLONEL RICHARD M. MCKEON,<br>MAJOR SUSAN ANDERSON, THE<br>MASSACHUSETTS STATE POLICE,<br>AND A NUMBER OF JOHN DOES<br>AND/OR JANE DOES,<br><br>      Defendants. |

### NOTICE OF TAKING DEPOSITION

TO:    **Via Email Only**
        Timothy Burke, Esq.
        Law Offices of Timothy Burke
        160 Gould Street, Suite 100
        Needham, MA 02494
        781 455 0707

      **PLEASE TAKE NOTICE** that at **10:00 a.m. on Thursday, February 8, 2018** at the offices of Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, Boston, Massachusetts 02116, the Plaintiff in this action, by his attorney, will take the deposition upon oral examination of **Major Susan Anderson** pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure before a Notary Public in and for the Commonwealth of Massachusetts, or before some other duly authorized officer. The oral examination will continue from day to day until completed.

      The deponent herein must produce proper identification at the time of his deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

      You are invited to attend and cross-examine.

                                          Respectfully Submitted,

Plaintiff,
By his attorney,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

Dated: January 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on January 9, 2018

*/s/ Leonard H. Kesten*