# Exhibit B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Ryan N. Sceviour | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17-12191 |
| Colonel Richard M. McKeon, Major Susan Anderson, and a number of John/Jane Does | ) ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Via Email - Daniel P. Sullivan, General Counsel
Executive Office of Trial Counsel, Two Center Plaza, Boston, MA 02108

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents containing any communication with any person or entity regarding the transfer of the case of Commonwealth v Alli Bibaud, Docket No. 1762CR8064 from the Worcester District Court to the Framingham District Court.

| Place: Brody, Hardoon, Perkins & Kesten, LLP 699 Boylston Street, Boston, MA 02116 | Date and Time: 01/15/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/08/2018

*CLERK OF COURT*   OR   */s/ Leonard H. Kesten*
_____       _____
*Signature of Clerk or Deputy Clerk*       Leonard H. Kesten
           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **plaintiff, Ryan N.Sceviour**, who issues or requests this subpoena, are:

Leonard Kesten, BHPK, 699 Boylston Street, Boston MA 02116, 617 880 7100, lkesten@bhpklaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).