# Exhibit A

## SUPERVISORY OBSERVATION REPORT
### MSP / E.E.S.

| | |
|---|---|
| Name: Ryan N. Sceviour | Date of Observation: 10/19/17 |
| ID #: 4035 | Supervisor: Lt. JP Fogarty #1019 |
| Rank / Title: Trooper | Date of Issue: 10/19/17 |
| Assignment: C-6 SP Holden | |

THE FOLLOWING OBSERVATION REPORT IS BEING SUBMITTED FOR THE FACTOR(S) LISTED BELOW.

| | |
|---|---|
| ☐ | Knowledge/Compliance/Application of Policy & Procedures, Rules & Regulations, Statute Law, Orders and Directives |
| ☐ | Follows Oral and Written Direction of Supervisor |
| ☐ | Oral / Written Communication Skills |
| ☐ | Initiative and Dependability |
| ☐ | Cooperation/Interpersonal Skills |
| ☒ | Specific Factors (Refer To Section 7 EES Manual) |

COMMENTS:

Trooper Sceviour, you are issued this EES Observation report on case #2017-0C6-007699 due to the negative and derogatory statements included within the gist of your report. These statements were not elements of the crime nor did they contribute to probable cause. Inappropriate commentary shall not be included in future reports.

RECOMMENDATIONS:

This officer requests that this Observation Report be filed in Trooper Sceviour's EES folder.

COPY TO:   Fact File Folder        Employee's Signature _____

COPY TO:   Employee                Supervisor's Signature  Lt James P Fogarty 1019