UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 17-12191

_____

RYAN N.SCEVIOUR,

    Plaintiff,

  v.

COLONEL RICHARD M. MCKEON,
MAJOR SUSAN ANDERSON,
AND A NUMBER OF JOHN DOES
AND/ OR JANE DOES,

    Defendants.

_____

## DEFENDANT, MAJOR SUSAN ANDERSON'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Susan Anderson ("Defendant Anderson") submits this Motion for Judgment on the Pleadings in the above-captioned Amended Complaint. In this case, the Plaintiff, Ryan Sceviour ("Plaintiff"), alleges that Defendant Anderson, a Major with the Massachusetts State Police ("MSP"), conspired with Defendant MSP Colonel McKeon ("Defendant McKeon") and others to violate the Plaintiff's property interest in his employment. Among his claims, Plaintiff alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983 (Count I) and M.G.L. c. 12, § 11H (Count II). Plaintiff also alleges both a federal and state civil conspiracy claim (Count III) as well as a state law claim of intentional infliction of emotional distress (Count IV). Defendant Anderson now respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(c), to dismiss all claims against her on the grounds that Plaintiff fails to state a claim upon which relief can be granted.

The defendant has attached a memorandum of law with supporting authorities in collaboration with this motion.

                          Respectfully submitted,
                          For the Plaintiffs,
                          By His Attorney,

                          /s/ Timothy M. Burke
                          Timothy M. Burke, BBO #065720
                          LAW OFFICES OF TIMOTHY M. BURKE
                          160 Gould Street, Suite 100
                          Needham, MA  02494
                          (781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 2, 2018.

                          /s/ Timothy M. Burke